

IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT
AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

FILED
MAR 2 2 2010

HOWARD WAGNER
CIRCUIT CLERK

, a minor by  )
JOHN HAASER, his father and  )
Next Friend,  )
 )
 Plaintiff,  )
 )  Cause No.: 10JE-CC00236 -03
v.  )
 )
ANTHONY BURRIDGE,  )
Serve at: 806 North 5th Avenue  )
 Maywood, IL 60153  )
 )
and  )
 )
SHAUNNA STEVENS  )
Serve at: 120 Linn Street  )
 Janesville, WI 3548  )
 )
 Defendants.  )

## ORDER APPOINTING NEXT FRIEND

The petition of           , minor age 14 or more, for appointment of John Haaser as next friend, said John Haaser, having consented to such appointment, having been considered, the Court finds a next friend for Jerry Haaser, is required.

It is ORDERED that John Haaser be and is hereby appointed next friend of        , pursuant to Rule 52.02 (b) for the purpose of commencing and prosecuting an action in this Court against defendant Anthony Burridge and Shaunna Stevens for personal injuries.

_____
Judge

MAR 2 2 2010
_____
Date